**Robert Hamilton**
**Office of the Federal Public Defender**
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
(503) 326-5524 Facsimile
robert_hamilton@fd.org

**Attorney for Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:14-cr-00355-SI |
| Plaintiff, | |
| v. | **DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO VOLUNTARILY DISMISS MOTION TO REDUCE SENTENCE** |
| CAROLYN M. KNUDSEN, | |
| Defendant. | |

I, Robert Hamilton, declare:

1.  I am the attorney appointed to represent Carolyn Knudsen in the above-entitled case.

2.     On July 19, 2021, Ms. Knudsen filed a pro se Motion to Reduce Sentence under the compassionate release provisions. ECF 112. On the same date, the Court appointed the Federal Public Defender to further assist Ms. Knudsen. ECF 113.

3.     On March 15, 2022, in a call I had with Ms. Knudsen, she agreed to voluntarily dismiss her pending Motion to Reduce Sentence, reserving the right to file a later Motion to Reduce Sentence should circumstances warrant it.

4.     I make this motion in good faith and not for the purpose of delay.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on March 18, 2022, in Portland, Oregon.

                                                     */s/ Robert Hamilton*
                                                     Robert Hamilton
                                                     Assistant Federal Public Defender